## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PATRICIA ZAPPAROLLI,
f/k/a Patricia Ray,

     Plaintiff,

              Case No. 8:15-cv-02402-JDW-EAJ

v.

GC SERVICES LIMITED PARTNERSHIP and
NAVIENT SOLUTIONS, INC., f/k/a Sallie Mae,

     Defendants.

_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Patricia Zapparolli (plaintiff), and defendant, Navient Solutions, Inc., f/k/a Sallie Mae (NSI), and GC Services Limited Partnershp (GC) by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against NSI and GC, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to NSI and GC, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 31st day of March 2016.

/s/Brian Shrader_____    /s/ Dayle M. Van Hoose_____
Brian L. Shrader, Esq.      Dayle M. Van Hoose, Esq.
Florida Bar No. 57251      Florida Bar No. 0016277
Gus M. Centrone, Esq.      Rachel A. Morris, Esq.
Florida Bar No. 30151Centrone & Shrader, Florida Bar No. 0091498Abigail S.
PLLC            Pressler, Esq.
612 W. Bay StreetTampa, FL 33606  Florida Bar No. 0098072Sessions,

Telephone: (813) 360-1529
Facsimile: (813) 336-0832
bshrader@centroneshrader.com
gcentrone@centroneshrader.com
Attorneys for Plaintiff

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd. 4th Floor Coral
Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
bfernandez@hinshawlaw.com
Attorneys for GC Services

Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions.legal
ramorris@sessions.legal
apressler@sessions.legal
Attorneys for Defendant,
Navient Solutions, Inc., f/k/a Sallie Mae

## CERTIFICATE OF SERVICE

I certify that on this 31st day of March 2016, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, as described below.

 Brian Shrader
Attorney

2