# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PATRICIA ZAPPAROLLI**
**f/k/a PATRICIA RAY,**

     **Plaintiff,**

**v.**                                    **Case No: 8:15-cv-2402-T-27EAJ**

**GC SERVICES LIMITED**
**PARTNERSHIP, et al.,**

     **Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. 18). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court declines to retain jurisdiction to enforce the parties' settlement agreement.

**DONE AND ORDERED** this 1st day of Arpil, 2016.

                             **JAMES D. WHITTEMORE**
                             **United States District Judge**

Copies to:
Counsel of Record